AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Bowman, Leslie A. | 2. Court or Organization

U.S. District Court - Arizona | 3. Date of Report

03/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)

☐ Nomination     Date
☐ Initial   ☑ Annual     ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2018
to
12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Physician, self-employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | Mortgage on Property, Pima County (Pt. VII, line 5) | N |
| 2. | Morgan Stanley | Mortgage on Rental Property, Los Angeles County (Pt. VII, line 6) | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Account | | None | J | T | | | | | |
| 2. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 3. Capital One Accounts | B | Interest | M | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. Property #1, Pima County, AZ | | None | N | W | | | | | |
| 6. Rental Property #2, Los Angeles County, CA | F | Rent | P1 | W | | | | | |
| 7. Diversified Van Inst Indx Plus | A | Dividend | K | T | Sold (part) | 12/12/18 | J | A | |
| 8. Diversified Vanguard SmCap Indx Plus | A | Dividend | K | T | Sold (part) | 12/12/18 | J | A | |
| 9. Vanguard Prime Money Market Sweep Account | A | Interest | J | T | | | | | |
| 10. Vanguard Health Care Fd Investor Shares (VGHCX) | C | Dividend | K | T | | | | | |
| 11. Vanguard Large Cap Indx Fd Adm Shares (VLCAX) | C | Dividend | M | T | | | | | |
| 12. Vanguard Small Cap Indx Fd Adm Shares (VSMAX) | C | Dividend | M | T | | | | | |
| 13. Vanguard Total International Stock Indx Fd Adm Shares (VTIAX) | B | Dividend | L | T | | | | | |
| 14. Apple | A | Dividend | K | T | | | | | |
| 15. Vanguard S & P 500 Index ETF (VOO) | D | Dividend | N | T | | | | | |
| 16. Vanguard Consumer Discretionary ETF (VCR) | B | Dividend | M | T | | | | | |
| 17. Vanguard Small Cap ETF (VB) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Healthcare ETF (VHT) | B | Dividend | M | T | | | | | |
| 19. Vanguard Financials ETF (VFH) | C | Dividend | M | T | | | | | |
| 20. UBS Money Market | A | Interest | J | T | | | | | |
| 21. Vanguard Total Stock Mkt ETF (VTI) | C | Dividend | M | T | | | | | |
| 22. Vanguard Information Tech ETF (VGT) | C | Dividend | M | T | | | | | |
| 23. Vanguard Extended Mkt ETF (VXF) | B | Dividend | M | T | | | | | |
| 24. Vanguard Total International ETF (VXUS) | C | Dividend | M | T | | | | | |
| 25. Alphabet Inc Cl A | | None | K | T | | | | | |
| 26. Anheuser Busch | A | Dividend | | | Sold | 12/03/18 | J | | |
| 27. Microsoft | A | Dividend | K | T | | | | | |
| 28. Union Pacific | A | Dividend | K | T | | | | | |
| 29. Abbvie | A | Dividend | K | T | | | | | |
| 30. Accelerate Diag | | None | K | T | | | | | |
| 31. Cisco | B | Dividend | K | T | | | | | |
| 32. Duke Energy | A | Dividend | J | T | | | | | |
| 33. Intel Corp | A | Dividend | J | T | | | | | |
| 34. Proctor & Gamble | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Target | A | Dividend | J | T | | | | | |
| 36. Toronto Dom | A | Dividend | J | T | | | | | |
| 37. United Parcel | A | Dividend | J | T | | | | | |
| 38. Verizon | A | Dividend | J | T | | | | | |
| 39. A T & T | A | Dividend | J | T | Buy | 12/03/18 | J | | |
| 40. Coca Cola | A | Dividend | J | T | Buy | 12/03/18 | J | | |
| 41. Facebook | | None | J | T | Buy | 12/03/18 | J | | |
| 42. Vanguard Midcap Growth | | None | | | Buy (add'l) | 01/15/18 | J | | |
| 43. | | | | | Sold | 07/25/18 | K | C | |
| 44. Vanguard Small Cap Growth | | None | | | Buy (add'l) | 01/15/18 | J | | |
| 45. | | | | | Sold | 07/25/18 | K | C | |
| 46. ClearBridge Variable Sm Cap Growth Fund | | None | K | T | Buy (add'l) | 01/10/18 | J | | |
| 47. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 48. | | | | | Buy (add'l) | 02/10/18 | J | | |
| 49. | | | | | Buy (add'l) | 02/25/18 | J | | |
| 50. | | | | | Buy (add'l) | 03/10/18 | J | | |
| 51. | | | | | Buy (add'l) | 03/25/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 53. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 54. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 55. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 56. | | | | | Buy (add'l) | 06/10/18 | J | | |
| 57. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 58. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 59. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 60. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 61. | | | | | Buy (add'l) | 08/25/18 | J | | |
| 62. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 63. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 64. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 65. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 66. | | | | | Buy (add'l) | 11/10/18 | J | | |
| 67. | | | | | Buy (add'l) | 11/25/18 | J | | |
| 68. | | | | | Buy (add'l) | 12/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/25/18 | J | | |
| 70.    Delaware VIP Sm Cap Value Series | None | K | T | | Buy (add'l) | 01/10/18 | J | | |
| 71. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 72. | | | | | Buy (add'l) | 02/10/18 | J | | |
| 73. | | | | | Buy (add'l) | 02/25/18 | J | | |
| 74. | | | | | Buy (add'l) | 03/10/18 | J | | |
| 75. | | | | | Buy (add'l) | 03/25/18 | J | | |
| 76. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 77. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 78. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 79. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 80. | | | | | Buy (add'l) | 06/10/18 | J | | |
| 81. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 82. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 83. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 84. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 85. | | | | | Buy (add'l) | 08/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 87. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 88. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 89. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 90. | | | | | Buy (add'l) | 11/10/18 | J | | |
| 91. | | | | | Buy (add'l) | 11/25/18 | J | | |
| 92. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 93. | | | | | Buy (add'l) | 12/25/18 | J | | |
| 94. LVIP SSgA Dev. International 150 (Standard Class) | | None | | | Buy (add'l) | 01/10/18 | J | | |
| 95. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 96. | | | | | Buy (add'l) | 02/10/18 | J | | |
| 97. | | | | | Buy (add'l) | 02/25/18 | J | | |
| 98. | | | | | Buy (add'l) | 03/10/18 | J | | |
| 99. | | | | | Buy (add'l) | 03/25/18 | J | | |
| 100. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 101. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 102. | | | | | Buy (add'l) | 05/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 05/25/18 | J | | |
| 104. | | | | | Buy<br>(add'l) | 06/10/18 | J | | |
| 105. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 106. | | | | | Buy<br>(add'l) | 07/10/18 | J | | |
| 107. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |
| 108. | | | | | Buy<br>(add'l) | 08/10/18 | J | | |
| 109. | | | | | Sold | 08/13/18 | K | C | |
| 110. LVIP SSgA S & P 500 Index Fund<br>(Standard Class) | None | K | T | | Buy | 08/25/18 | J | | |
| 111. | | | | | Buy<br>(add'l) | 09/10/18 | J | | |
| 112. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 113. | | | | | Buy<br>(add'l) | 10/10/18 | J | | |
| 114. | | | | | Buy<br>(add'l) | 10/25/18 | J | | |
| 115. | | | | | Buy<br>(add'l) | 11/10/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 11/25/18 | J | | |
| 117. | | | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 118. | | | | | Buy<br>(add'l) | 12/25/18 | J | | |
| 119. LVIP T. Rowe Price Structured Mid Cap<br>Growth Fund | None | K | T | | Buy<br>(add'l) | 01/10/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 121. | | | | | Buy (add'l) | 02/10/18 | J | | |
| 122. | | | | | Buy (add'l) | 02/25/18 | J | | |
| 123. | | | | | Buy (add'l) | 03/10/18 | J | | |
| 124. | | | | | Buy (add'l) | 03/25/18 | J | | |
| 125. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 126. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 127. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 128. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 129. | | | | | Buy (add'l) | 06/10/18 | J | | |
| 130. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 131. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 132. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 133. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 134. | | | | | Buy (add'l) | 08/25/18 | J | | |
| 135. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 136. | | | | | Buy (add'l) | 09/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 138. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 139. | | | | | Buy (add'l) | 11/10/18 | J | | |
| 140. | | | | | Buy (add'l) | 11/25/18 | J | | |
| 141. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 142. | | | | | Buy (add'l) | 12/25/18 | J | | |
| 143. LVIP Wellington Mid Cap Value Fund | None | | K | T | Buy (add'l) | 01/10/18 | J | | |
| 144. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 145. | | | | | Buy (add'l) | 02/10/18 | J | | |
| 146. | | | | | Buy (add'l) | 02/25/18 | J | | |
| 147. | | | | | Buy (add'l) | 03/10/18 | J | | |
| 148. | | | | | Buy (add'l) | 03/25/18 | J | | |
| 149. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 150. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 151. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 152. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 153. | | | | | Buy (add'l) | 06/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 155. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 156. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 157. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 158. | | | | | Buy (add'l) | 08/25/18 | J | | |
| 159. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 160. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 161. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 162. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 163. | | | | | Buy (add'l) | 11/10/18 | J | | |
| 164. | | | | | Buy (add'l) | 11/25/18 | J | | |
| 165. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 166. | | | | | Buy (add'l) | 12/25/18 | J | | |
| 167. Vanguard Midcap Value | | None | | | Buy (add'l) | 01/15/18 | K | | |
| 168. | | | | | Sold | 07/25/18 | K | C | |
| 169. IShares Exponential Technology ETF (XT) | A | Dividend | K | T | Buy (add'l) | 04/25/18 | J | | |
| 170. | | | | | Sold (part) | 08/13/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. IShares MSCI USA ETF | A | Dividend | | | Sold | 05/31/18 | K | A | |
| 172. Invesco Russell 1000 Equal Weight ETF (EQAL) | A | Dividend | L | T | Buy (add'l) | 08/13/18 | J | | |
| 173. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 174. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 175. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 176. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 177. Vanguard FTSE Europe ETF (VGK) | A | Dividend | | | Sold | 05/31/18 | K | A | |
| 178. Vanguard Russell 2000 Index ETF (VTWO) | A | Dividend | K | T | Buy | 08/20/18 | K | | |
| 179. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 180. DFA U.S. Targeted Value | | None | | | Buy (add'l) | 01/15/18 | J | | |
| 181. | | | | | Sold | 07/25/18 | K | C | |
| 182. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 70, Delaware VIP SmCap Value Series was listed on my 2017 report on line 188. On line 190 of that report I listed the investment as sold on 2/02/17. That was an error. We owned this stock through 2017 making purchases on the 10th and 25th of every month. The D(3) value code for each purchase was J.

Part VII, line 94, LVIP SSgA Dev. International 150 (Standard Class) was listed on my 2017 report on line 205. On line 212 of that report I listed the investment as sold on 4/24/17. That was an error. We owned this stock through 2017 making purchases on the 10th and 25th of every month. The D(3) value code for each purchase was J.

Part VII, line 172, Invesco Russell 100 Equal Weight ETF (EQAL) was listed on my 2017 report on line 313 as Powershares Russell 100 Equal Weight ETF. The name changed but the asset is the same.

Part VII, line 180, DFA U.S. Targeted Value was inadvertently omitted from my 2017 report. The original buy, D(2) was on 4/30/17, D(3) - K. Additional buys on 5/30/17, 7/30/17, 8/30/17, 10/30/17, 11/30/17 were all for D(3) - J. B(2) was none, C(1) was K, and C(2) was T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544